**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ADEYEMI SPENCER ADENIRAN,** | ) | |
| **A 203 082 586,** | ) | |
|      **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:16-CV-2124-M** |
| | ) | |
| **LORETTA LYNCH, ATTORNEY** | ) | |
| **GENERAL, et al.,** | ) | |
|      **Respondents.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of

the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are

accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge, the petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 is

**DISMISSED** with prejudice.

A certificate of appealability (COA) is not required for a federal inmate to appeal a

habeas case under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir.

2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or

submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust

account.

**SIGNED this 16th day of April, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE